IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| RACHEL YOUNGER, Individually and as Administrator of the Estate of | : : : |
| NATHANIEL YOUNGER | : CIVIL ACTION NO. 11-cv-1173 : (TPG)(DF) : |
| vs. | : : STIPULATION TO EXTEND TIME |
| ZURICH AMERICAN INSURANCE COMPANY, ZURICH LIFE INSURANCE COMPANY and UBS FINANCIAL SERVICE, INC. | : ANSWER, MOVE OR TO : OTHERWISE PLEAD : : |

   IT IS HEREBY STIPULATED AND AGREED by and between the undersigned attorneys for Plaintiff Rachel Younger et al., and the attorneys for Defendants Zurich American Insurance Company that:

   1.   The time for Defendants Zurich American Insurance Company and Zurich Life Insurance Company to answer, plead, or otherwise move with respect to the complaint shall be extended to May 5, 2011;

   2.   This stipulation may be filed without further notice with the Clerk of the Court; and

   3.   Defendant Zurich American Insurance Company agrees that it will not set forth defenses based upon lack of personal jurisdiction, insufficient process, or insufficient service of process pursuant to Rule 12(b) of the Federal Rules of Civil Procedure; and

   4.   A copy or facsimile copy of this stipulation may be filed with the Court as if it were an original.

7499857v.1

| | |
|---|---|
| **LAW OFFICES OF CYE E. ROSS** | **WHITE AND WILLIAMS, LLP** |
| By: *Cye E Ross* | By: *[signature]* |
| Cye E. Ross, Esq. | Andrew I. Hamelsky, Esq. |
| 30 Vesey Street | One Penn Plaza – 41st Floor |
| Suite 1800 | Suite 4110 |
| New York, NY 10007 | New York, NY 10119 |
| 212.732.0843 | 212.631.4406 |
| *Attorney for Plaintiff Rachel Younger* | *Attorney for Defendants Zurich American Insurance Company* |

So Ordered:

Dated:_____

_____
THOMAS P. GRIESA, USDJ

7499857v.1