USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 4/25/11

GRIGA, S

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| RACHEL YOUNGER, Individually and as Administrator of the Estate of <br><br> NATHANIEL YOUNGER <br><br> vs. <br><br> ZURICH AMERICAN INSURANCE COMPANY, ZURICH LIFE INSURANCE COMPANY and UBS FINANCIAL SERVICE, INC. | CIVIL ACTION NO. 11-cv-1173 (TPG)(DF) <br><br> STIPULATION TO EXTEND TIME ANSWER, MOVE OR TO OTHERWISE PLEAD |

**IT IS HEREBY STIPULATED AND AGREED** by and between the undersigned attorneys for Plaintiff Rachel Younger et al., and the attorneys for Defendants Zurich American Insurance Company that:

1. The time for Defendants Zurich American Insurance Company and Zurich Life Insurance Company to answer, plead, or otherwise move with respect to the complaint shall be extended to May 5, 2011;

2. This stipulation may be filed without further notice with the Clerk of the Court; and

3. Defendant Zurich American Insurance Company agrees that it will not set forth defenses based upon lack of personal jurisdiction, insufficient process, or insufficient service of process pursuant to Rule 12(b) of the Federal Rules of Civil Procedure; and

4. A copy or facsimile copy of this stipulation may be filed with the Court as if it were an original.

7499857v.1

LAW OFFICES OF CYE E. ROSS

By: _Cye E Ross_
Cye E. Ross, Esq.
30 Vesey Street
Suite 1800
New York, NY 10007
212.732.0843
*Attorney for Plaintiff Rachel Younger*

WHITE AND WILLIAMS, LLP

By: _____
Andrew I. Hamelsky, Esq.
One Penn Plaza – 41st Floor
Suite 4110
New York, NY 10119
212.631.4406
*Attorney for Defendants Zurich American Insurance Company*

Dated: April 25, 2011

So Ordered:

_____
THOMAS P. GRIESA, USDJ