UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

----

| | |
|---|---|
| RACHEL YOUNGER, Individually and as Administrator of the Estate of NATHANIEL YOUNGER,<br><br>Plaintiff,<br><br>v.<br><br>ZURICH AMERICAN INSURANCE COMPANY, ZURICH LIFE INSURANCE COMPANY and UBS FINANCIAL SERVICES, INC.<br><br>Defendants. | Civil Action No.: 11-civ-1173 (TPG) |

## NOTICE OF MOTION TO DISMISS

PLEASE TAKE NOTICE that defendant Zurich American Insurance Company ("Zurich American"), through its attorneys White and Williams LLP, upon a certification of Andrew I. Hamelsky, dated May 5, 2011, and a memorandum of law, shall move before this Court at a time to be determined by the Court, before the Honorable Thomas P. Griesa, U.S.D.J., for an order providing that (1) the motion is granted; and (2) the complaint is dismissed pursuant to Fed. R. Civ. P. 12(b)(6), on the basis that the claim for relief is preempted by ERISA; or (3) in the alternative, (a) the complaint is recharacterized to assert solely a claim pursuant to 29 U.S.C. § 1132(a)(1)(B), (b) the complaint's demand for a jury is stricken, and (c) "Zurich Life Insurance Company" be stricken from the caption and complaint in this action.

Date: May 5, 2011                              Respectfully submitted,

                                                                            s/ Andrew I. Hamelsky
Andrew I. Hamelsky, Esq.
Rafael Vergara, Esq.
White and Williams LLP
One Penn Plaza
250 W. 34th Street, Suite 4110
New York, NY 10119
Phone: 212-244-9500
AH e-mail: hamelskya@whiteandwilliams.com
RV e-mail: vergarar@whiteandwilliams.com
*Attorneys for defendant Zurich American Insurance Company*

To:    Cye E. Ross
Law Offices of Cye E. Ross
30 Vesey Street, Suite 1800
New York, NY 10007
Phone 212 732-0843
E-mail: cyro05@aol.com
*Attorney for Plaintiff*

Christopher Heyer
Scura, Mealey, Wigfield & Heyer, LLP
1599 Hamburg Turnpike, Suite A
Wayne, NJ 07470
*Attorneys for UBS Financial Services*

William Maher
Steven S. Fitzgerald
Wollmuth Maher & Deutsch, LLP
500 Fifth Avenue
New York, NY 10110
*Attorneys for Zurich Life Insurance Company*