UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

RACHEL YOUNGER, Individually and as Administrator of the Estate of NATHANIEL YOUNGER,

          Plaintiff,

v.

ZURICH AMERICAN INSURANCE COMPANY, ZURICH LIFE INSURANCE COMPANY and UBS FINANCIAL SERVICES, INC.

          Defendants.

---

Civil Action No.: 11-civ-1173 (TPG)

## CERTIFICATION IN SUPPORT OF MOTION TO DISMISS

**ANDREW I. HAMELSKY** hereby certifies that the following is true under penalty of perjury, pursuant to 28 U.S.C. § 1746:

1. I am a partner with White and Williams LLP, attorneys for defendant Zurich American Insurance Company ("Zurich American").

2. I make this certification based upon my personal knowledge of the facts set forth herein.

3. This certification is in support of the notice of motion to dismiss of Zurich American, dated April 25, 2011.

4. Attached as **Exhibit 1** is the complaint.

5. Attached as **Exhibit 2** is a UBS Financial Services Inc. summary plan description, dated January 1, 2009.

6. Attached as **Exhibit 3** is policy number GTU 3514164.

Page 1

7.   Attached as **Exhibit 4** is policy number GTU 3514165.

I certify under penalty of perjury that the forgoing is true and correct.

Date: May 5, 2011                                   Respectfully submitted,

                                                    s/ Andrew I. Hamelsky
                                                    Andrew I. Hamelsky, Esq.
                                                    White and Williams LLP
                                                    One Penn Plaza
                                                    250 W. 34th Street, Suite 4110
                                                    New York, NY 10119
                                                    Phone: 212-244-9500
                                                    E-mail: hamelskya@whiteandwilliams.com
                                                    *Attorneys for defendant Zurich American Insurance Company*