UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| RACHEL YOUNGER, Individually and as Administrator of the Estate of NATHANIEL YOUNGER,<br><br>Plaintiff,<br><br>v.<br><br>ZURICH AMERICAN INSURANCE COMPANY, ZURICH LIFE INSURANCE COMPANY and UBS FINANCIAL SERVICES, INC.,<br><br>Defendants. | Civil Action No.: 11-civ-1173 (TPG) |

**DECLARATION OF WILLIAM A. MAHER IN SUPPORT OF ZURICH LIFE INSURANCE COMPANY, LTD.'S MOTION TO DISMISS**

WILLIAM A. MAHER, an attorney for Defendant Zurich Life Insurance Company, Ltd., hereby declares as follows:

1. I am a member of the law firm of Wollmuth Maher & Deutsch LLP, counsel for defendant Zurich Life Insurance Company, Ltd. in the above-captioned matter.

2. I am a member in good standing of the Bar of the State of New York and am admitted to practice before this Court. I am familiar with the matters set forth in this Declaration, either from personal knowledge or from my review of the files in this matter.

3. I submit this Declaration in support of Zurich Life Insurance Company, Ltd.'s Motion to Dismiss The Complaint, dated May 5, 2011.

4. Attached hereto as Exhibit 1 is a true and correct copy of an insurance policy issued by Zurich American Insurance Company that is referenced in Paragraph 12 of the Complaint, bearing policy number GTU 3514164.

5. Attached hereto as Exhibit 2 is a true and correct copy of an insurance policy issued by Zurich American Insurance Company that is referenced in Paragraph 13 of the Complaint, bearing policy number GTU 3514165.

6. Attached hereto as Exhibit 3 is a true and correct copy of an affirmation of service filed by plaintiff on March 7, 2007 [Dkt. # 10] purporting to describe service upon Zurich Life Insurance Company at Zurich American Insurance Company's New York office.

I declare under penalty of perjury that the foregoing is true and correct.

Dated:  New York, New York
        May 5, 2011

                                    /s/ WILLIAM A. MAHER_____
                                         William A. Maher