# Exhibit 3

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---------------------------------------x

RACHEL YOUNGER, Individually and
as Administrator of the Estate of
NATHANIEL YOUNGER,

                           *Plaintiff,*

v.

ZURICH AMERICAN INSURANCE COMPANY,
ZURICH LIFE INSURANCE COMPANY and
UBS FINANCIAL SERVICES, INC.,

                          *Defendants.*

---------------------------------------x

FILE NO.: 11 CIV 1173 (TPG)
ECF Case

AFFIRMATION OF SERVICE

STATE OF NEW YORK     )
                              }ss.:
COUNTY OF NEW YORK   )

      **CYE E. ROSS,** an attorney duly licensed to practice in the State of New York says that he is over the age of 18 years, not a party to the action and resides in the State of New York; that on the 1st day of March, 2011 at 3:40 P.M. at 1 Liberty Plaza, 32nd Floor, New York, New York 10006 he served the annexed Summons and the Complaint, Individual Practices of Judge Barbara Jones and Individual Practices of Judge **THOMAS P. GRIESA** upon **ZURICH LIFE INSURANCE COMPANY,** a defendant in this action, by delivering to and leaving with **MR. JAMES J. REAL**, Vice President/Managing Director authorized to accept service, true copies thereof.

      Deponent describes the person served as aforesaid, to the best of deponent's ability, at the time and circumstances of service, as follows: Sex, Male; Color, white; Hair, brown;

ESTATES\YOUNGER\CER ZURICH LIFE Affirmation of Service

approximate age, 50 years; approximate height, 5'10"; approximate weight, 165 pounds.

Deponent further says that he knew the Corporation so served as aforesaid to be the Corporation mentioned and described in the said Summons and Complaint.

I declare under penalty of perjury that the foregoing is true and correct.  Executed on this 4th day of March, 2011

_____
**Cye E. ROSS**

AO 440 (Rev. 12/09) Summons in a Civil Action



# UNITED STATES DISTRICT COURT
## for the
### SOUTHERN DISTRICT OF NEW YORK

RACHEL YOUNGER, Individually and as Administrator of the Estate of NATHANIEL YOUNGER )
)
*Plaintiff* )
v. )   Civil Action No. 11 CV 1173
ZURICH AMERICAN INSURANCE COMPANY, )
ZURICH LIFE INSURANCE COMPANY and UBS )
FINANCIAL SERVICES, INC. )
*Defendant* )

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*
**ZURICH AMERICAN INSURANCE COMPANY**, One Liberty Plaza, New York, NY 10006
**ZURICH LIFE INSURANCE COMPANY**, One Liberty Plaza, New York, NY 10006
**UBS FINANCIAL SERVICES, INC.**, 1285 Avenue of the Americas, New York, NY

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

   Cye E. Ross, Esq.
   30 Vesey Street, Suite 1800
   New York, NY 10007

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

RUBY J. KRAJICK
CLERK OF COURT

Date: FEB 2 2 2011

*Signature of Clerk or Deputy Clerk*