UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| RACHEL YOUNGER, Individually and as Administrator of the Estate of NATHANIEL YOUNGER,<br><br>Plaintiff,<br><br>v.<br><br>ZURICH AMERICAN INSURANCE COMPANY, ZURICH LIFE INSURANCE COMPANY and UBS FINANCIAL SERVICES, INC.<br><br>Defendants. | Civil Action No.: 11-civ-1173 (TPG)<br><br>**AFFIRMATION OF SERVICE** |

ANDREW I. HAMELSKY, ESQ., of full age, being duly sworn according to law, upon his oath, deposes and says:

I am a partner with the firm of White and Williams LLP, attorneys for petitioners in the within action.

On May 5, 2011, I filed the within Zurich American Insurance Company's Motion to Dismiss with all supporting documents and this Affirmation of Service with the United States District Court, Southern District of New York via Electronic Case Filing.

and a copy of the aforementioned via Federal Express on May 9, 2011 to:

Honorable Thomas P. Griesa
United States District Courthouse
Southern District of New York
500 Pearl Street
Courtroom 26B
New York, NY 10007

Cye E. Ross, Esq.
30 Vesey Street
Suite 1800
New York, NY 10007
*Attorneys for Plaintiff*

Page 3

7537743v.1

Christopher Heyer
Scura, Mealey, Wigfield & Heyer, LLP
1599 Hamburg Turnpike, Suite A
Wayne, NJ 07470
*Attorneys for UBS Financial Services*

William Maher
Steven S. Fitzgerald
Wollmuth Maher & Deutsch, LLP
500 Fifth Avenue
New York, NY 10110
*Attorneys for Zurich Life Insurance Company*

Date: May 9, 2011

Respectfully submitted,

Andrew I. Hamelsky, Esq.
White and Williams LLP
One Penn Plaza
250 W. 34th Street, Suite 4110
New York, NY 10119
Phone: 212-244-9500
E-mail: hamelskya@whiteandwilliams.com
*Attorneys for defendant Zurich American Insurance Company*