UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------------x

RACHEL YOUNGER, Individually and as
Administrator of the Estate of NATHANIEL
YOUNGER,

           *Plaintiff,*

    v.

ZURICH AMERICAN INSURANCE
COMPANY, ZURICH LIFE INSURANCE
COMPANY, LTD. and UBS FINANCIAL
SERVICES, INC.,

          *Defendants.*
---------------------------------------------------------------x

FILE NO.: 11 CV 1173 (TPG) (DF)
ECF Case

STIPULATION TO EXTEND
TIME TO OPPOSE AND REPLY
TO DEFENDANT ZURICH
AMERICAN AND DEFENDANT
ZURICH LIFE'S MOTIONS

    **IT IS HEREBY STIPULATED AND AGREED** by and between the undersigned attorneys for Plaintiff **RACHEL YOUNGER** et. al., and the attorneys for Defendants **ZURICH AMERICAN INSURANCE COMPANY** and **ZURICH LIFE INSURANCE COMPANY, LTD.** that:

1. The time of plaintiff to serve opposition to pending motions of defendants **ZURICH AMERICAN INSURANCE COMPANY** and **ZURICH LIFE INSURANCE COMPANY, LTD.** shall be extended to June 6, 2011;

2. Defendants **ZURICH AMERICAN INSURANCE COMPANY** and **ZURICH LIFE INSURANCE COMPANY, LTD.** will then have until June 16, 2011 to reply.

3. A copy or facsimile copy of this stipulation in counterparts may be filed with the Court as if it were an original.

ESTATES\YOUNGER\Stipulation to Extend 5 2011

Date: May 19, 2011

                                                         WHITE AND WILLIAMS, LLP

_____    By: _____
CYE E. ROSS                                  ANDREW HAMELSKY
Law Office of Cye E. Ross                 One Penn Plaza
30 Vesey Street, Suite 1800            250 W. 34th Street, Suite 4110
New York, NY 10007                    New York, NY 10119
Phone: 212 732-0843                   Phone: 212-244-9500
Email: cyro05@aol.com               AH email: hamelskya@whiteandwilliams.com
*Attorney for Plaintiff Rachel Younger*    *Attorneys for defendant Zurich American Insurance Company*

WOLLMUTH MAHER & DEUTSCH, LLP

By: _____
WILLIAM A. MAHER
500 Fifth Avenue
New York, NY 10110
(212) 382-3300
*Attorneys for Defendant Zurich Life Insurance Company, Ltd.*

                                                         So Ordered:

Dated: _____      _____
                                                              THOMAS P. GRIESA, USDJ