USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 5/24/11

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---------------------------------------- x

RACHEL YOUNGER, Individually and as Administrator of the Estate of NATHANIEL YOUNGER,

    *Plaintiff,*

v.

ZURICH AMERICAN INSURANCE COMPANY, ZURICH LIFE INSURANCE COMPANY, LTD. and UBS FINANCIAL SERVICES, INC.,

    *Defendants.*

---------------------------------------- x

FILE NO.: 11 CV 1173 (TPG) (DF)
ECF Case

STIPULATION TO EXTEND TIME TO OPPOSE AND REPLY TO DEFENDANT ZURICH AMERICAN AND DEFENDANT ZURICH LIFE'S MOTIONS

    IT IS HEREBY STIPULATED AND AGREED by and between the undersigned attorneys for Plaintiff RACHEL YOUNGER et. al., and the attorneys for Defendants ZURICH AMERICAN INSURANCE COMPANY and ZURICH LIFE INSURANCE COMPANY, LTD. that:

1. The time of plaintiff to serve opposition to pending motions of defendants ZURICH AMERICAN INSURANCE COMPANY and ZURICH LIFE INSURANCE COMPANY, LTD. shall be extended to June 6, 2011;

2. Defendants ZURICH AMERICAN INSURANCE COMPANY and ZURICH LIFE INSURANCE COMPANY, LTD. will then have until June 16, 2011 to reply.

3. A copy or facsimile copy of this stipulation in counterparts may be filed with the Court as if it were an original.

ESTATES\YOUNGER\Stipulation to Extend 5 2011

Date: May 19, 2011

_____
CYE E. ROSS
Law Office of Cye E. Ross
30 Vesey Street, Suite 1800
New York, NY 10007
Phone: 212 732-0843
Email: cyro05@aol.com
*Attorney for Plaintiff Rachel Younger*

WHITE AND WILLIAMS, LLP

By: _____
ANDREW HAMELSKY
One Penn Plaza
250 W. 34th Street, Suite 4110
New York, NY 10119
Phone: 212-244-9500
AH email: hamelskya@whiteandwilliams.com
*Attorneys for defendant Zurich American Insurance Company*

WOLLMUTH MAHER & DEUTSCH, LLP

By: _____
WILLIAM A. MAHER
500 Fifth Avenue
New York, NY 10110
(212) 382-3300
*Attorneys for Defendant Zurich Life Insurance Company, Ltd.*

Dated: May 24, 2011

So Ordered:

_____
THOMAS P. GRIESA, USDJ