UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

RACHEL YOUNGER, Individually and as Administrator of the Estate of NATHANIEL YOUNGER,

                          Plaintiff,

- against -

ZURCIH AMERICAN INSURANCE COMPANY, ZURICH LIFE INSURANCE COMPANY and UBS FINANCIAL SERVICES, INC.

                          Defendants.

Case No. 11 Civ. 1173

**ORDER FOR ADMISSION
PRO HAC VICE ON WRITTEN MOTION**

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 5/24/11

---

      Upon the motion of John J. Scura II, Esq., attorney for Defendant UBS Financial Services, Inc. and said sponsor attorney's affidavit in support:

**IT IS HEREBY ORDERED** that

Christopher Heyer, Esq.
Scura, Mealey, Wigfield & Heyer, LLP
1599 Hamburg Turnpike
Wayne, New Jersey 07470
Tel. (973) 696-8391
Fax (973) 696-8571
E-mail cheyer@scuramealey.com

is admitted to practice pro hac vice as counsel for Defendant UBS Financial Services, Inc. in the above captioned case in the United States District Court for the Southern District of New York. All attorneys appearing before this Court are subject to the Local Rules of this Court, including the Rules governing discipline of attorneys. If this action is assigned to the Electronic Case Filing (ECF) system, counsel shall immediately apply for an EFC password at nysd.uscourts.gov. Counsel shall forward the pro hac vice fee to the Clerk of Court.

May 24, 2011
Dated: ~~May 17, 2011~~
New York, New York

_____
Thomas P. Griesa
United States District/~~Magistrate Judge~~