UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| RACHEL YOUNGER, Individually and as Administrator of the Estate of NATHANIEL YOUNGER,<br><br>Plaintiff,<br><br>v.<br><br>ZURICH AMERICAN INSURANCE COMPANY, ZURICH LIFE INSURANCE COMPANY and UBS FINANCIAL SERVICES, INC.,<br><br>Defendants. | Civil Action No.: 11-civ-1173 (TPG)<br><br>**NOTICE OF APPEARANCE**<br>_____<br><br>ECF CASE |

PLEASE TAKE NOTICE that the undersigned hereby appear as counsel for defendant Zurich Life Insurance Company, Ltd.

All notices given or required to be given in this case and all papers filed in this case shall be served upon the undersigned.

Dated: New York, New York
       May 25, 2011

                              Respectfully Submitted,

                              WOLLMUTH MAHER & DEUTSCH LLP

                                  /s/ Steven S. Fitzgerald
                              Steven S. Fitzgerald
                              (sfitzgerald@wmd-law.com)
                              William A. Maher
                              (wmaher@wmd-law.com)

                              500 Fifth Avenue
                              New York, New York 10110
                              (212) 382-3300

                              *Attorneys for Zurich Life Insurance Company, Ltd.*