```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 6/8/11
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

RACHEL YOUNGER, Individually and as
Administrator of the Estate of NATHANIEL
YOUNGER,

                Plaintiff,

v.

ZURICH AMERICAN INSURANCE COMPANY
and UBS FINANCIAL SERVICES, INC.
                Defendants.

Civil Action No.: 11-civ-1173 (TPG)

---

## STIPULATION EXTENDING TIME TO ANSWER OR MAKE MOTION

IT IS HEREBY STIPULATED AND AGREED by and between the undersigned that:

(1) the time for defendant Zurich American Insurance Company to answer the Amended Complaint (ECF 27) or make a motion in this civil action pursuant to Fed. R. Civ. P. 12(b) is hereby extended to **June 21, 2011**; and

(2) a facsimile copy or copy of this stipulation may be filed with the Court as if it were an original.

Date: June 6, 2011

_Cye E. Ross_
Cye E. Ross
Law Offices of Cye E. Ross
30 Vesey Street, Suite 1800
New York, NY 10007
Phone 212 732-0843
E-mail: cyro05@aol.com
*Attorney for Plaintiff*

_Rafael Vergara 6/7/11_
Rafael Vergara
White and Williams LLP
One Penn Plaza
250 W. 34th Street, Suite 4110
New York, NY 10119
Phone: 212-244-9500
E-mail: vergarar@whiteandwilliams.com
*Attorneys for defendant Zurich American Insurance Company*

Dated: 6/8/11

SO ORDERED:

_Thomas P. Griesa_
HON. THOMAS P. GRIESA, U.S.D.J.
by JL

Page 1 of 1

7759929v.1