**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| RACHEL YOUNGER, Individually and as Administrator of the Estate of NATHANIEL YOUNGER, | Civil Action No.: 11-civ-1173 (TPG) |
| Plaintiff, | |
| v. | |
| ZURICH AMERICAN INSURANCE COMPANY and UBS FINANCIAL SERVICES, INC. | |
| Defendants. | |

# NOTICE OF APPEARANCE

To the clerk and all parties of record:

Please enter my appearance in this civil action as an attorney on behalf of defendant Zurich American Insurance Company.

I certify that I am admitted to practice in this Court.


Date:  June 10, 2011                    Respectfully submitted,

By:  s/  Rafael Vergara
     Rafael Vergara
     White and Williams LLP
     One Penn Plaza
     250 West 34th Street, Suite 4110
     New York, New York 10119
     Telephone (212) 244-9500
     E-mail: vergarar@whiteandwilliams.com
     *Attorneys for defendant Zurich American*
     *Insurance Company*

7781512v.1