**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| RACHEL YOUNGER, Individually and as Administrator of the Estate of NATHANIEL YOUNGER,<br><br>Plaintiff,<br><br>v.<br><br>ZURICH AMERICAN INSURANCE COMPANY and UBS FINANCIAL SERVICES, INC.,<br><br>Defendants. | Civil Action No.: 11-civ-1173 (TPG) |

# NOTICE OF MOTION TO DISMISS

PLEASE TAKE NOTICE that defendant Zurich American Insurance Company

("Zurich American"), through its attorneys White and Williams LLP, upon a certification

of Andrew I. Hamelsky, dated June 15, 2011, and a memorandum of law, shall move

before this Court at a time to be determined by the Court, before the Honorable Thomas P.

Griesa, U.S.D.J., for an order providing that the Second Claim and Third Claim of the

amended complaint (ECF 27) are dismissed pursuant to Fed. R. Civ. P. 12(b)(6).

7746764v.1

Date: June 15, 2011                           Respectfully submitted,

                                              <u>s/ Andrew I. Hamelsky</u>
                                              Andrew I. Hamelsky, Esq.
                                              Rafael Vergara, Esq.
                                              White and Williams LLP
                                              One Penn Plaza
                                              250 W. 34th Street, Suite 4110
                                              New York, NY 10119
                                              Phone: 212-244-9500
                                              AH e-mail: hamelskya@whiteandwilliams.com
                                              RV e-mail: vergarar@whiteandwilliams.com
                                              *Attorneys for defendant Zurich American
                                              Insurance Company*

To:    Cye E. Ross
       Law Offices of Cye E. Ross
       30 Vesey Street, Suite 1800
       New York, NY 10007
       Phone 212 732-0843
       E-mail: cyro05@aol.com
       *Attorney for Plaintiff*

       Christopher Heyer
       Scura, Mealey, Wigfield & Heyer, LLP
       1599 Hamburg Turnpike, Suite A
       Wayne, NJ 07470
       *Attorneys for UBS Financial Services*

7746764v.1