**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

———————————————————————— :
RACHEL YOUNGER, Individually and as : 
Administrator of the Estate of NATHANIEL :    Civil Action No.: 11-civ-1173
YOUNGER, :    (TPG)
    :
                 Plaintiff, :
    :
      v. :
    :
ZURICH AMERICAN INSURANCE COMPANY : 
and UBS FINANCIAL SERVICES, INC., :
    :
               Defendants. :
———————————————————————— :

# CERTIFICATION IN SUPPORT OF MOTION TO DISMISS

      **ANDREW I. HAMELSKY** hereby certifies that the following is true under

penalty of perjury, pursuant to 28 U.S.C. § 1746:

      1.     I am a partner with White and Williams LLP, attorneys for defendant Zurich

American Insurance Company ("Zurich American").

      2.     I make this certification based upon my personal knowledge of the facts set

forth herein.

      3.     This certification is in support of the notice of motion to dismiss of Zurich

American, dated June 15, 2011.

      4.     Attached as **Exhibit 1** is the amended complaint (ECF 27).

7746764v.1

5.      Attached as **Exhibit 2** is a copy of an opinion and order that may be cited as

*Keir v. UnumProvident Corp.*, 2010 WL 3566878 (S.D.N.Y. Sept. 14, 2010).


I certify under penalty of perjury that the forgoing is true and correct.


Date: June 15, 2011                              Respectfully submitted,

<u>s/ Andrew I. Hamelsky</u>
Andrew I. Hamelsky, Esq.
White and Williams LLP
One Penn Plaza
250 W. 34th Street, Suite 4110
New York, NY 10119
Phone: 212-244-9500
E-mail: hamelskya@whiteandwilliams.com
*Attorneys for defendant Zurich American*
*Insurance Company*

7746764v.1