**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

_____ :

RACHEL YOUNGER, Individually and as : 
Administrator of the Estate of NATHANIEL :     Civil Action No.: 11-civ-1173 (TPG)
YOUNGER, :

                      Plaintiff, :

    v. :

ZURICH AMERICAN INSURANCE COMPANY :
and UBS FINANCIAL SERVICES, INC., :

               Defendants. :
_____ :

## CERTIFICATE OF SERVICE

I hereby certify that on **June 15, 2011**, I electronically filed (1) Notice of Motion to Dismiss (ECF 32); (2) Memorandum of Law In Support of Zurich American Insurance Company's Motion to Dismiss (ECF 33); and (3) Certification In Support of Motion to Dismiss (ECF 34 and ECF 35) through the Electronic Case Filing (ECF) system.

It is my belief that the electronic filings referenced above resulted in the sending of a notification of such filings to the following:

| | |
|---|---|
| Cye Ellis Ross | cyro05@aol.com |
| John J. Scura , II | scuraj@scuramealey.com, cheyer@scuramealey.com |
| Steven Sanford Fitzgerald | sfitzgerald@stblaw.com |
| William Andrew Maher | wmaher@wmd-law.com |

Page 1

7746764v.1

In addition, a copy of the electronic filings were sent, on **June 15, 2011**, by mail to the following persons:

      Cye E. Ross
      Law Offices of Cye E. Ross
      30 Vesey Street, Suite 1800
      New York, NY 10007

      Christopher Heyer
      Scura, Mealey, Wigfield & Heyer, LLP
      1599 Hamburg Turnpike, Suite A
      Wayne, NJ 07470

Date: June 15, 2011                Respectfully submitted,

                                        <u>s/ Rafael Vergara</u>
                                        Rafael Vergara, Esq.
                                        White and Williams LLP
                                        One Penn Plaza
                                        250 W. 34th Street, Suite 4110
                                        New York, NY 10119
                                        Phone: 212-244-9500
                                        E-mail: vergarar@whiteandwilliams.com
                                        *Attorneys for defendant Zurich American*
                                        *Insurance Company*

7746764v.1