UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| RACHEL YOUNGER, Individually and as Administrator of the Estate of NATHANIEL YOUNGER,<br><br>*Plaintiff,*<br><br>v.<br><br>ZURICH AMERICAN INSURANCE COMPANY and UBS FINANCIAL SERVICES, INC.,<br><br>*Defendants.* | FILE NO.: 11-cv-01173(TPG) |

### CERTIFICATE OF SERVICE

I hereby certify that on June 28, 2011, I electronically filed Plaintiff **RACHEL YOUNGER's** Memorandum of Law in opposition to the Motion to Dismiss filed by Defendant **ZURICH AMERICAN INSURANCE COMPANY**.

It is my belief that the electronic filing referenced above resulted in the sending of a notification of such filing to the following:

Christopher Heyer, Esq. – cheyer@scuramealey.com

Andrew I. Hamelsky, Esq. - Hamelskya@whiteandwilliams.com

John J. Scura, III - scuraj@scuramealey.com

Rafael Vergara - vergarar@whiteandwilliams.com

Steven Sanford Fitzgerald - sfitzgerald@stblaw.com

William Andrew Maher – wmaher@wmd-law.com

In addition, I sent a copy of the electronic filings via regular mail on June 28, 2011 to the following persons:

Christopher Heyer, Esq.
Scura, Mealey, Wigfield &
Heyer, LLP
1599 Hamburg Turnpike,
Suite A
Wayne, NJ  07470
*Attorney for Defendant*
***UBS FINANCIAL SERVICES, INC.***

ESTATES\YOUNGER\CERTIFICATE OF SERVICE 6.28.2011

-2-

Andrew I. Hamelsky, Esq.
White & Williams, LLP
One Penn Plaza, Suite 4110
New York, NY  10019
*Attorney for Defendant*
**ZURICH AMERICAN INSURANCE COMPANY**

Dated: June 28, 2011                    Respectfully Submitted,


                                        s/Cye E. Ross
                                        Cye E. Ross, Esq.
                                        30 Vesey Street, Suite 1800
                                        New York, NY  10007
                                        (212) 732-0843
                                        *Attorney for Plaintiff* **RACHEL YOUNGER**