UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

RACHEL YOUNGER, Individually and as Administrator of the Estate of NATHANIEL YOUNGER,

*Plaintiff,*

v.

ZURICH AMERICAN INSURANCE COMPANY and UBS FINANCIAL SERVICES, INC.,

*Defendants.*

FILE NO.: 11-cv-01173(TPG)

### CERTIFICATE OF SERVICE

I hereby certify that on June 29, 2011, I electronically filed Plaintiff **RACHEL YOUNGER's** Memorandum of Law in response to the Memorandum of Law filed by Defendant **UBS FINANCIAL SERVICES, INC.**.

It is my belief that the electronic filing referenced above resulted in the sending of a notification of such filing to the following:

Christopher Heyer, Esq. – cheyer@scuramealey.com

Andrew I. Hamelsky, Esq. - Hamelskya@whiteandwilliams.com

John J. Scura, III - scuraj@scuramealey.com

Rafael Vergara - vergarar@whiteandwilliams.com

Steven Sanford Fitzgerald - sfitzgerald@stblaw.com

William Andrew Maher – wmaher@wmd-law.com

In addition, I sent a copy of the electronic filings via regular mail on June 28, 2011 to the following persons:

Christopher Heyer, Esq.
Scura, Mealey, Wigfield & Heyer, LLP
1599 Hamburg Turnpike,
Suite A
Wayne, NJ  07470
*Attorney for Defendant*
**UBS FINANCIAL SERVICES, INC.**

-2-

Andrew I. Hamelsky, Esq.
White & Williams, LLP
One Penn Plaza, Suite 4110
New York, NY  10019
*Attorney for Defendant*
***ZURICH AMERICAN INSURANCE COMPANY***

Dated: June 29, 2011                              Respectfully Submitted,


                                                  s/Cye E. Ross _____
                                                  Cye E. Ross, Esq.
                                                  30 Vesey Street, Suite 1800
                                                  New York, NY  10007
                                                  (212) 732-0843
                                                  *Attorney for Plaintiff* ***RACHEL YOUNGER***