**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

_____

RACHEL YOUNGER, Individually and as
Administrator of the Estate of NATHANIEL
YOUNGER,

                       Plaintiff,

    v.

ZURICH AMERICAN INSURANCE COMPANY
and UBS FINANCIAL SERVICES, INC.,

                    Defendants.

_____

Civil Action No.: 11-civ-1173 (TPG)

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that on **July 5, 2011**, I electronically filed a Reply Memorandum of Law In Support of Zurich American Insurance Company's Motion to Dismiss (ECF 44).

It is my belief that the electronic filing referenced above resulted in the sending of a notification of such filing to the following:

| Cye Ellis Ross | cyro05@aol.com |
|---|---|
| John J. Scura , II | scuraj@scuramealey.com, cheyer@scuramealey.com |
| Steven Sanford Fitzgerald | sfitzgerald@stblaw.com |
| William Andrew Maher | wmaher@wmd-law.com |

Page 1

7850848v.1

In addition, a copy of the electronic filing was sent, on **July 5, 2011**, by mail to the following persons:

> Cye E. Ross
> Law Offices of Cye E. Ross
> 30 Vesey Street, Suite 1800
> New York, NY 10007
>
> Christopher Heyer
> Scura, Mealey, Wigfield & Heyer, LLP
> 1599 Hamburg Turnpike, Suite A
> Wayne, NJ 07470

Date: July 5, 2011                         Respectfully submitted,

                                           s/ Rafael Vergara
                                           Rafael Vergara, Esq.
                                           White and Williams LLP
                                           One Penn Plaza
                                           250 W. 34th Street, Suite 4110
                                           New York, NY 10119
                                           Phone: 212-244-9500
                                           E-mail: vergarar@whiteandwilliams.com
                                           *Attorneys for defendant Zurich American*
                                           *Insurance Company*

7850848v.1